**TEKER | TORRES | TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*
Anthony B. San Nicolas

FILED
DISTRICT COURT OF GUAM
MAR 21 2012
JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY B. SAN NICOLAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES POSTAL SERVICE, PATRICK ) <br> R. DONAHOE, POSTMASTER GENERAL, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. CIV10-00034 <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Anthony B. San Nicolas, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment *sua sponte* dismissing the instant action entered on July 13, 2011. Anthony B. San Nicolas timely requested that the Court reconsider its Order on August 5, 2011, which was denied by this Court on February 22, 2012.

*Dated* at Hagåtña, Guam on this 21st day of March 2012.

**TEKER | TORRES | TEKER, P.C.**

By: _____
**PHILLIP TORRES, Esq.**
*Attorneys for Plaintiff, Anthony B. San Nicolas*

ORIGINAL