FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 16 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ANTHONY B. SAN NICOLAS, | No. 12-15610 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 1:10-cv-00034 District of Guam, Agana |
| v. | |
| UNITED STATES POSTAL SERVICE and PATRICK R. DONAHUE, Postmaster General, | ORDER |
| Defendants - Appellees. | |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation